IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 06-mc-00006-NONE-MJW

IN RE: One 2004 Cadillac Escalade, VIN 1GYEK63N24R296029

ORDER OF DISMISSAL

**Entered by Magistrate Judge Michael J. Watanabe**

  Based upon the United States of America's Status Report (docket no. 4), the United States of America is no longer seeking forfeiture of the Cadillac Escalade, VIN 1GYEK63N24R296029 and therefore this case is DISMISSED.

  SIGNED AND DATED THIS 12th DAY OF JUNE, 2006.

            BY THE COURT:

            s/Michael J. Watanabe
            MICHAEL J. WATANABE
            US Magistrate Judge